FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 AUG 17 PM 4:09

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARIO ALBERTO DUQUE SALINAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 306-52 |
| | ) | |
| MICHAEL PUGH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The petition in this case is **DISMISSED** without prejudice, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of respondent.

SO ORDERED this 17th day of August, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT